CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
April 04, 2023
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

| | |
|---|---|
| JARED TILSON, | ) |
| Plaintiff, | ) |
| | ) Case No. 5:20-cv-029 |
| v. | ) |
| | ) |
| D. Taylor, | ) By:   Michael F. Urbanski |
| | ) Chief United States District Judge |
| Defendant. | ) |
| | ) |

## ORDER

This matter was consolidated with <u>Jared Tilson v. Zoe Humphrey</u>, 5:19-cv-33. ECF No. 11. Plaintiff Jared Tilson moved to dismiss the consolidated case on May 17, 2022; the case was dismissed with prejudice on May 18, 2022. Accordingly, this case is hereby **DISMISSED** with prejudice and **STRICKEN** from the active docket of the court.

It is so **ORDERED**.

Entered: Apr 3, 2023

Michael F. Urbanski
Chief United States District Judge